# MEMORANDUM DECISIONS.

[Civil No. 555.]

THE OLD DOMINION COMMERCIAL COMPANY, Appellant, v. THE UNITED BLOGE MINES, a Corporation, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

Sniffen & Rice, for Appellant.

Edwards & Stoneman, for Appellee.

January 17, 1898. Affirmed.

[Civil No. 583.]

THE OLD DOMINION COMMERCIAL COMPANY, a Corporation, Appellant, v. M. W. NEEDHAM, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

J. S. Sniffen, for Appellant.

Edwards & Stoneman, for Appellee.

January 17, 1898. Affirmed.

[Civil No. 600.]

A. L. JOHNS, Appellant, v. THE PHŒNIX NATIONAL BANK, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

A. J. Daggs, for Appellant.

L. H. Chalmers, for Appellee.

January 18, 1898. Dismissed.